No. 10-6896. **Kareem Richardson, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 584, 178 L. Ed. 2d 426, 2010 U.S. LEXIS 8724.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 10-6898. **Raymond Salazar-Agundes, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 584, 178 L. Ed. 2d 426, 2010 U.S. LEXIS 8750.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 386 Fed. Appx. 640.

No. 10-6899. **Harold Eugene Bell, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 584, 178 L. Ed. 2d 426, 2010 U.S. LEXIS 8757.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 385 Fed. Appx. 835.

No. 10-6901. **Damon L. Stephens, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 584, 178 L. Ed. 2d 426, 2010 U.S. LEXIS 8746.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 385 Fed. Appx. 491.

No. 10-6904. **Kathleen E. Hall-Ditchfield, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 585, 178 L. Ed. 2d 426, 2010 U.S. LEXIS 8672.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 366 Fed. Appx. 391.

No. 10-6906. **William Ginglen, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 585, 178 L. Ed. 2d 426, 2010 U.S. LEXIS 8702.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-6909. **Ruben M. Gutierrez, Petitioner v. United States.**

562 U.S. 1036, 131 S. Ct. 585, 178 L. Ed. 2d 426, 2010 U.S. LEXIS 8785.

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

No. 10-6910. **Michael Farrow, Petitioner v. Tracy Johns, Warden.**

562 U.S. 1036, 131 S. Ct. 585, 178 L. Ed. 2d 426, 2010 U.S. LEXIS 8710,

November 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 308.